Mr. Justice Boggs delivered the opinion of the court.

Frank M. Ryan, trustee under the last will and testament of Terrence E. Ryan, deceased et al., appellants, v. Mary A. Landon and John W. McQueen, trustee, appellees. Gen. No. 8,301.

654

Opinion filed April 20, 1931.

Frank M. Ryan, for appellants. Fred C. Churchill, for appellees.

Mr. Justice Boggs delivered the opinion of the court.